**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF OHIO**
**WESTERN DIVISION (CINCINNATI)**

| | | |
|---|---|---|
| XEZAKIA ROUSE, | : | Case No. 1:26-cv-00190 |
| | : | |
| Plaintiff, | : | District Judge Susan J. Dlott |
| | : | Magistrate Judge Caroline H. Gentry |
| vs. | : | |
| | : | |
| WARREN COUNTY JAIL; *et al.*, | : | |
| | : | |
| Defendants. | : | |

## ORDER CONCERNING FILING FEE PAYMENTS

Plaintiff Rouse has filed a "Request for Injunctive Relief or Other Appropriate Remedy." (Doc. No. 17.) In this Motion, Plaintiff explains that he has had difficulty mailing the partial filing fee to this Court as ordered. (*Id*.) He asks the Court to order the correctional institution where he resides to provide him with the postage necessary to send correspondence to this Court. (*Id*.)

The Court has ordered the custodian of Plaintiff's inmate trust account to send the filing fee payments to this Court, not Plaintiff. (*See* Order Granting *In Forma Pauperis Status,* Doc. No. 14 at PageID 248 ["The custodian of Plaintiff's inmate trust account at the institution of his residence is therefore **DIRECTED** to submit to the Clerk of the United States District Court for the Southern District of Ohio as an initial partial payment …"].) Plaintiff's request for assistance in making those payments is therefore not well-taken and is **DENIED**. (Doc. No. 17.)

In this same motion, Plaintiff provides notice to the Court that he has not been provided a medical follow-up to various medical issues or provided the medication he was taking before he was incarcerated. (Doc. No. 17 at PageID 326-327.) He asks the Court to fashion an "appropriate remedy." Plaintiff may raise this issue in his Amended Complaint if it is appropriate. (*See* Order for Amended Complaint, Doc. No. 22.) Once the Amended Complaint is screened and the scope of this case is established, the Court will consider any request for relief concerning medical care at that time.

**IT IS SO ORDERED.**

*s/ Caroline H. Gentry*
Caroline H. Gentry
United States Magistrate Judge