**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF OHIO**
**WESTERN DIVISION (CINCINNATI)**

| | | |
|---|---|---|
| XEZAKIA ROUSE,<br><br>Plaintiff,<br><br>vs.<br><br>WARREN COUNTY JAIL; *et al.*,<br><br>Defendants. | :<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>: | Case No. 1:26-cv-00190<br><br>District Judge Susan J. Dlott<br>Magistrate Judge Caroline H. Gentry |

---

**ORDER WITHDRAWING**
**REPORT AND RECOMMENDATION (DOC. NO. 32)**

---

On October 15, 2026, after several envelopes the Court sent to Plaintiff were returned undeliverable, and Plaintiff failed to update his address or file an Amended Complaint as ordered, the undersigned Magistrate Judge recommended that the case be dismissed for failure to prosecute. (*See* Report and Recommendation, Doc. No. 32.)

On November 6, 2026, Plaintiff filed a Motion “for Leave to Answer and Request to Continue Case.” (Doc. No. 33.) In light of the Motion, the undersigned hereby **WITHDRAWS** the previous Report and Recommendation. (Doc. No. 32.) The Clerk of Court is **DIRECTED** to note the withdrawal on that docket entry.

The Clerk is also **DIRECTED** to update Plaintiff’s address to the Turtlecreek Rehabilitation Center as set forth within the Motion to Continue Case. (*See* Doc. No. 33 at PageID 398.) Plaintiff is **REMINDED** that he must promptly file a separate Notice of New Address if his mailing address changes.

The Motion to Continue is **GRANTED**, to the extent described above. (Doc. No. 33.) The next step in this case is for Plaintiff to file an Amended Complaint that complies with the requirements outlined in the Order for Amended Complaint. (Doc. No. 22.) He is **ORDERED** to file the Amended Complaint by **December 10, 2026**. If he fails to do so, the undersigned may recommend that the case be dismissed for failure to prosecute.

Finally, the Clerk of Court is **DIRECTED** to send to Plaintiff copies of any documents previously returned as undeliverable for his records.

**IT IS SO ORDERED.**

*s/ Caroline H. Gentry*
Caroline H. Gentry
United States Magistrate Judge